IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

James W. Eng, 30-Minute Muffler, Inc., and 30-Minute Muffler,

Plaintiffs,

vs.

**STIPULATION FOR DISMISSAL AND REMAND**

Jeffrey M. Bauer, HAW Enterprises, Inc., HAW Enterprises, Inc., d/b/a 30-Minute Auto, HAW Enterprises, Inc., d/b/a Wizard Autoworks, Carmelo Collova and City of Columbia Heights, Minnesota,

Civil No. 01-737 DSD/JMM

Defendants.

---

It is hereby stipulated by and between the parties hereto, through their respective undersigned attorneys, that Plaintiffs dismiss any and all claims they have, or could have in the above-entitled action, against Defendants by virtue of any federal law or statute, specifically including, but not limited to, 42 U.S.C. §1983, with prejudice and on the merits and without costs to any party, and that the Court may further remand this action to the Minnesota State District Court, County of Anoka, Tenth Judicial District.

Dated:

MICHAEL W. COOPET, ESQ. P.A. & ASSOCIATES

By ______________________________

MICHAEL W. COOPET, I.D. #0139567
Attorney for Plaintiffs
3585 Lexington Avenue North, Ste. 155
Arden Hills, MN 55126
(651) 628-9600

FILED 6-22-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Dated:

DAVIS & DAMMEYER, LLP

By______________________________

PERRY M. deSTEFANO, I.D. 257515
Attorney for Defendants Jeffrey M. Bauer, HAW Enterprises, Inc., HAW Enterprises, Inc., d/b/a 30-Minute Auto, and HAW Enterprises, Inc., d/b/a Wizard Autoworks
6600 France Avenue South, Ste. 660
Edina, MN 55435-1805
(952) 927-7060

Dated: 6-14-01

PUSTORINO, TILTON, PARRINGTON & LINDQUIST, PLLC

By______________________________

JON P. PARRINGTON, I.D. #8413X
Attorney for Defendant City of Columbia Hgts
4005 West 65th Street, Suite 200
Minneapolis, MN 55435
(952) 925-3001

Dated:

______________________________

CARMELO COLLOVA, Pro se
3909 Main Street N.E.
Columbia Heights, MN 55421

**ORDER**

Based upon the above Stipulation of counsel, the above-entitled action is hereby remanded to the State District Court for the State of Minnesota, County of Anoka, Tenth Judicial District.

Dated: 6/21/01

BY THE COURT:

______________________________

DAVID S. DOTY
JUDGE OF U.S. DISTRICT COURT

Dated:

DAVIS & DAMMEYER, LLP

By ______________________
PERRY M. deSTEFANO, I.D. 257515
Attorney for Defendants Jeffrey M. Bauer, HAW Enterprises, Inc., HAW Enterprises, Inc., d/b/a 30-Minute Auto, and HAW Enterprises, Inc., d/b/a Wizard Autoworks
6600 France Avenue South, Ste. 660
Edina, MN 55435-1805
(952) 927-7060

Dated:

PUSTORINO, TILTON, PARRINGTON & LINDQUIST, PLLC

By ______________________
JON P. PARRINGTON, I.D. #8413X
Attorney for Defendant City of Columbia Hgts
4005 West 65th Street, Suite 200
Minneapolis, MN 55435
(952) 925-3001

Dated:

______________________
CARMELO COLLOVA, Pro se
3909 Main Street N.E.
Columbia Heights, MN 55421

**ORDER**

Based upon the above Stipulation of counsel, the above-entitled action is hereby remanded to the State District Court for the State of Minnesota, County of Anoka, Tenth Judicial District.

Dated:

BY THE COURT:

______________________
DAVID S. DOTY
JUDGE OF U.S. DISTRICT COURT

Dated:

DAVIS & DAMMEYER, LLP

By____________________________________

PERRY M. deSTEFANO, I.D. 257515
Attorney for Defendants Jeffrey M. Bauer, HAW Enterprises, Inc., HAW Enterprises, Inc., d/b/a 30-Minute Auto, and HAW Enterprises, Inc., d/b/a Wizard Autoworks
6600 France Avenue South, Ste. 660
Edina, MN 55435-1805
(952) 927-7060

Dated:

PUSTORINO, TILTON, PARRINGTON & LINDQUIST, PLLC

By____________________________________

JON P. PARRINGTON, I.D. #8413X
Attorney for Defendant City of Columbia Hgts
4005 West 65th Street, Suite 200
Minneapolis, MN 55435
(952) 925-3001

Dated: 6/15/01

____________________________________

CARMELO COLLOVA, Pro se
3909 Main Street N.E.
Columbia Heights, MN 55421

**ORDER**

Based upon the above Stipulation of counsel, the above-entitled action is hereby remanded to the State District Court for the State of Minnesota, County of Anoka, Tenth Judicial District.

Dated:

BY THE COURT:

____________________________________

DAVID S. DOTY
JUDGE OF U.S. DISTRICT COURT